**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RAUL CUSI CHAISA,** | **CIVIL ACTION** |
| **Petitioner,** | |
| | |
| **v.** | |
| | |
| **J.L. JAMISON, JOHN E. RIFE,** | **NO.  26-2560** |
| **MARKWAYNE MULLIN, TODD** | |
| **BLANCHE, U.S. DEPARTMENT OF** | |
| **HOMELAND SECURITY, EXECUTIVE** | |
| **OFFICE OF IMMIGRATION REVIEW,** | |
| **Respondents.** | |

## O R D E R

**AND NOW**, this 1st day of May, 2026, upon consideration of Raul Cusi Chaisa's

Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), the Government's opposition

thereto (ECF No. 5), and Petitioner's Motion to Expedite Consideration of Habeas Petition (ECF

No. 6), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as

follows:

1. The Motion to Expedite Consideration of Habeas Petition (ECF No. 6) is **GRANTED.**

2. The Petition is **GRANTED.** The Government shall **RELEASE** Petitioner from
   custody immediately and file an entry on the docket certifying compliance with this
   Order **no later than 5:00 p.m. on May 4, 2026.**

3. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead,
   Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8
   U.S.C. § 1226(a).

4. The Government is temporarily enjoined from re-detaining Petitioner until **May 8,**
   **2026.**

5. If the Government decides to pursue re-detention of Petitioner after May 8, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

6. The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

7. Further, the Government is directed to respond to Petitioner's request for costs and reasonable attorneys' fees, as provided for by the Equal Access to Justice Act, as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412, on or before **May 8, 2026**. The Court will render its determination on the issue of attorneys' fees and costs after May 8, 2026.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

**HODGE, KELLEY B., J.**